**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of North Carolina

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | D2 GOVERNMENT SOLUTIONS, INC. |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | D2 Government Solutions, LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-3640011 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 820 Aviation Drive | |
| Number    Street | Number    Street |
| | P.O. Box |
| New Bern    NC    28562 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Craven County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  D2 GOVERNMENT SOLUTIONS, INC.  Case number (*if known*)_____
      Name

---

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
9199

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When ___/___/____ Case number _____
                   MM / DD / YYYY
  District _____ When ___/___/____ Case number _____
                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ When ___/___/____
                  MM / DD / YYYY
  Case number, if known _____

---

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page **2**

Debtor  D2 GOVERNMENT SOLUTIONS, INC.  Case number (if known)_____
      Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply*.)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>     Number     Street<br>_____<br>_____<br>  City       State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>     Contact name _____<br>     Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☐ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000<br>☐ 50-99    ☐ 5,001-10,000    ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000<br>☑ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☑ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page **3**

Debtor  **D2 GOVERNMENT SOLUTIONS, INC.**  Case number (*if known*)_____
     Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/11/2025**
     MM / DD / YYYY

✘ **/s/ Darryl Centanni**          **Darryl Centanni**
Signature of authorized representative of debtor          Printed name

Title **President**

**18. Signature of attorney**

✘ **/s/ JM Cook**          Date **04/11/2025**
Signature of attorney for debtor          MM / DD / YYYY

**JM Cook**
Printed name

**J.M. Cook, P.A.**
Firm name

**5886 Faringdon Place Suite 100**
Number     Street

**Raleigh**          **NC**     **27609**
City          State     ZIP Code

**919.675.2411**          **j.m.cook@jmcookesq.com**
Contact phone          Email address

**25352**          **NC**
Bar number          State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **4**

**Fill in this information to identify the case:**

Debtor name: D2 GOVERNMENT SOLUTIONS, INC.

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | David Ricker<br>3190 Nob Hill St<br>Conway, AR, 72034 | | Shareholder loans | | | | 450,000.00 |
| 2 | Sony Dolder<br>301 S Front St<br>Ste 5<br>New Bern, NC, 28560 | | | | | | 350,000.00 |
| 3 | R2 Government Services<br>113 Ridgewood TR<br>New Bern, NC, 28560 | | Business obligation | | | | 77,957.00 |
| 4 | IAMAW<br>331A West Main St<br>Havelock, NC, 28532 | | Business obligation | | | | 49,000.00 |
| 5 | Metlife<br>1929 Allen Parkway<br>Houston, TX, 77019 | | Insurance | | | | 48,515.00 |
| 6 | Cranfill Sumner LLP<br>5440 Wade Park Boulevard<br>#300<br>Raleigh, NC, 27607 | | Attorney's fees | | | | 43,015.00 |
| 7 | Darryl Centanni<br>70 W Mirror Ridge Circle<br>Spring, TX, 77382 | | Shareholder loans | | | | 37,000.00 |
| 8 | Strategos Consulting<br>37 Bridgetown Bend<br>Coronado, CA, 92118 | | Business obligation | | | | 36,523.00 |

Debtor: D2 GOVERNMENT SOLUTIONS, INC.

Case number (*if known*) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | American Express<br>PO Box 6031<br>Carol Stream, IL, 60197 | | Credit Card Debt | | | | 35,000.00 |
| 10 | Mastercard WF<br>POBox 29482<br>Phoenix, AZ, 85038 | | Credit Card Debt | | | | 30,000.00 |
| 11 | Blue Cross of MS<br>3545 Lakeland Drive<br>Flowwood, MS, 39232 | | Medical Insurance | | | | 28,200.00 |
| 12 | Everest Indemnity Insurance<br>477 Martinsville Rd<br>Liberty Corner, NJ, 7938 | | Insurance coverage | | | | 22,335.00 |
| 13 | ATSCC<br>PO Box 56319<br>Virginia Beach, VA, 23456 | | Business debt | | | | 19,500.00 |
| 14 | Titan Aircraft Insurance<br>PO Box 930174<br>Atlanta, GA, 31193 | | Insurance | | | | 18,580.00 |
| 15 | Ricky Hawkins<br>190 NC Highway 41 W<br>Trenton, NC, 28585 | | | | | | 10,600.00 |
| 16 | Costal Carolina Airport<br>200 Terminal Drive<br>New Bern, NC, 28562 | | Business obligation | | | | 7,900.00 |
| 17 | Premium Finance Solutions<br>PO Box 7648<br>Columbus, MS, 39705 | | Monies Loaned / Advanced | | | | 6,794.00 |
| 18 | Cintas Corp<br>PO Box 630803<br>Cincinnati, OH, 45263 | | Business obligation | | | | 4,962.00 |
| 19 | Dobert, Nicholas<br>314 lakemere drive<br>New Bern, NC, 28562 | | Wages, Salaries, Commissions | | | | 0.00 |
| 20 | Wichern, Eric<br>4410 Stagecoach Rd<br>Killeen, TX, 76542 | | Wages, salaries, commissions | | | | 0.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Alley, Lorna
329 N Norma St
Ridgecrest, CA 93555

Almaraz Gonzalez, Antonio
3868 County Road 3210
Kempner, TX 76539

Alston, William
600 Westinghouse Road
Apt 10201
Georgetown, TX 78626

American Express
PO Box 6031

Amos, Corina Marie
36507 Cedar Boulevard
Newark, CA 94560

Angles, Nicholas
9422 Hay Meadow Road
Milton, FL 32583

Anthony, James Lawrence
1097 Elm Street
Montoursville, PA 17754

Antonio, Maria
6307 red pepper dr
gulf breeze, FL 32563

Atkins, Joette C
PO Box 614
Woodsboro, TX 78393

ATSCC
PO Box 56319
Virginia Beach, VA 23456

Ayala, Chely
199 Bataan road
seaside, CA 93955

Bacon, Terrylynn
4421 Hermitage Road
Virginia Beach, VA 23455

Bailey, Daronda
295 Mike Loza Dr
Unit 203
Camarillo, CA 93012-8476

Bankruptcy Administrator, EDNC
434 Fayetteville Street
Suite 640
Raleigh, NC 27601-1888

Barde, Mhel
1000 Perdew Avenue apt b
Ridgecrest, CA 93555

Barnes, Roshanna
3124 Partridge Dr
Crestview, FL 32539

Beligotti, Danny
107 Greenway Court
Havelock, NC 28532

Bennett, Vickie L
258 Henderson Ct
Abingdon, VA 24210

BENSON, JERRY
48573 Kelley Court
Fort Cavazos, TX 76544

Berrios Ibarra, Freddie
4417 Lumberdale Road
Kissimmee, FL 34746

Biggs, Richard
5807 Siltstone Loop
Killeen, TX 76542

Billingsley, William
122 Pryor Drive
Mary Esther, FL 32569

Bird, Jerrick
101 Jennifer Ln
West Salem, WI 54669

Blanco, Jose
3995 Farm to Market 1113
Copperas Cove, TX 76522

Blue Cross of MS
3545 Lakeland Drive
Flowwood, MS 39232

Bousquet, Heather
28 A Reed Street
Londonderry, NH 3053

Brobst, Joshua
821 Tuition Court
Virginia Beach, VA 23462

Broderick, Christine M.
3425 Sandystone Circle
Fayetteville, NC 28311

Bullard-Alsup, Tamatha Dawn
12479 South Twilight Lane
Olathe, KS 66062

Bustos, Prince
57 Calvados Dr.
Camarillo, CA 93012

Byam, Scott William
6206 ganso lane
Charlotte, NC 28214

Caddell, Spencer
1988 Jack Rabbit Lane
New Bern, NC 28562

Calabrese, Wally
138 Ballantine Grove Ln
Newport, NC 28570

Campbell, Shavon
181 Knight Street Southeast
Palm Bay, FL 32909

Cannon, Debra Annette
1088 Spring Valley Court
Fort Washington, MD 20744

Cardenas, Jaime R
5618 Tourmaline Dr
killeen, TX 76542

Carey, Gloria
8296 Idol Ave
Sparata, WI 54656

Carlson, Patricia A
531 Wellesley Place
Easley, SC 29642

Castillo, Jonathan
802 Love Court
Harker Heights, TX 76548

Centanni, Darryl Duane
70 West Mirror Ridge Circle
Spring, TX 77382

Chavez, Adrianne
315 S Mulberry Street
Ottawa, KS 66067

CICHOWSKI, STANLEY
1340 Giddings Street
Palm Bay, FL 32908

Cintas Corp
PO Box 630803
Cincinnati, OH 45263

Clayton, Quinlin
29 Seabrook Center Rd
Seabrook, SC 29940

Cline, Jeffrey
207 Oakdale Dr
Columbus, MS 39705

Cody, Christopher L
3501 Wedgewood Drive
Trent Woods, NC 28562

Collier, Heather
5948 Greenwich Ave
Norfolk, VA 23502

Collier, Roger L
40004 bishop dr
Hamilton, MS 39746

Coon, Abigail
717 Haverhill St. #1-S
LAWRENCE, MA 1841

Copeland, Tanea
717 Valentine ln
Virginia Beach, VA 23462

Corporation Service Company, as rep
Attn: Managing Agent or Officer
P.O. Box 2576
Springfield, IL 62708

Costal Carolina Airport
200 Terminal Drive

Cowart, James
2501 Bacon Ranch Road
403
Killeen, TX 76542

Cowell, Ivan
8515 Neuse Road
Grantsboro, NC 28529

Cranfill Sumner LLP
5440 Wade Park Boulevard
Raleigh, NC 27607

Crenshaw, Jeanne
327 Beck Street
Norfolk, VA 23503

Cronin, Dawn D
1235 Swearingen Road
Weirton, WV 26062

Cureton, Chante
611 Hempstead Court
Virginia Beach, VA 23451

Daniels, TaylorNicole Icyphine
5428 Lake Smith Dr
Apt 204
Virginia Beach, VA 23455

Darryl Centanni
70 W Mirror Ridge Circle
Spring, TX 77382

David Ricker
3190 Nob Hill St

Delaney, Angela
644 Sugaridge Lane
Fayetteville, NC 28311

Delgado, Eric
7024 Rickey Drive
Temple, TX 76502

DeMers, Gabrielle
2912 Steed Court
Chesapeake, VA 23323

Desiderio, Alan David
796 Pinebrook Drive
Virginia Beach, VA 23462

DeVeau, Carolyn W
790 Alcazar Avenue
Cocoa, FL 32927

Dicks, Dany
722 Fishermans Road
Norfolk, VA 23503

Dobert, Nicholas
314 lakemere drive
New Bern, NC 28562

Dupio, Michael
7541 Leyden St
Commerce City, CO 80022

Duran, Juan
1414 28th Street
Niceville, FL 32578

Durant, Jessica
841 Private Rd 4366
Lampasas, TX 76550

Duren, Steven
5425 South Tropical Trail
Merritt Island, FL 32952

Escoriaza, Paola Aliene
25 Langley Road
Lincoln, MA 1731

Estrada, Eleazar
224 Halsey St
Arvilla, ND 58214

Everest Indemnity Insurance
477 Martinsville Rd
Liberty Corner, NJ 7938

Feinberg, Jason H
2529 Clematis Court
Palmdale, CA 93551

First Corporate Solutions, as Rep.
Attn: Managing Agent or Officer
914 S Street
Sacramento, CA 95811

Forward Finance
53 State St
20th Floor
Boston, MA 2109

Gallardo, Cruz
2221 West Lark Avenue
Visalia, CA 93291

Gallardo, Marilyn
121 walnut drive
Oxnard, CA 93036

Garnish, John
920 Dillard Dr SE
Palm Bay, FL 32905

Garrett, James
1611 Rene Hills Lane
Spring, TX 77386

Garza, Laura
992 Brinkley Court
Fort Walton Beach, FL 32547

Garza, Norma Lee
6421 Swansea Dr
Corpus Christi, TX 78413

Gillispie, Stephenie
841 Masters Trl
Newport News, VA 23602

Gobao, Terrell
1835 San Antonio Way
Rockledge, FL 32955

Golden, Jennifer
719 Norman Ave
Norfolk, VA 23518

Goodson, Samara
1351 Sapphire Drive
Apt 125
Virginia Beach, VA 23455

Greene-Lewis, Lashonda
2508 Markham Street
Portsmouth, VA 23707

Grinnell, Jeffrey
275 Desoto Parkway
Satellite Beach, FL 32937

Hallam, Jason Charles
3607 Topaz Circle
Navarre, FL 32566

Hammer, Marie Frances
143 D Street
Johnstown, PA 15906

Hammond, Tawanda Lynette
500 Queensbury Lane
Williamsburg, VA 23185

Haning, Lindsey Paige
8 Hydac Road
Fort Walton Beach, FL 32547

Harris, Christopher
364 Wisdom Path
Chesapeake, VA 23322

Harris, Raven
1109 Chateau Terrace
McDonough, GA 30253

Hawkins, Nicholas
190 NC HWY 41 W
Trenton, NC 28585

Hawkins, Ricky L
190 Nc Hwy 41W
Trenton, NC 28585

Henderson, Michael
1916 Ocean Dr
Oxnard, CA 93035

Hendrickson, Kristen
1221 Van Street Southeast
apt 1218
Washington, DC 20003

Henthorne, Ashlee
2137 Royal Pines Drive
New Bern, NC 28560

Hernandez, Yazmin
4605 Colby Drive
Killeen, TX 76542

Horn, Homer Lee
387 Humphries Cove Rd
West Point, MS 39773

IAMAW
331A West Main St
Havelock, NC 28532

Iniguez, Laura
609 Treemont Court
Apt 2023
Virginia Beach, VA 23454

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Ioane, Leuila
PO BOX 5615 TAFUNA
PAGO PAGO, 96799

Irvin, Christopher
7138 Cano Lane
Corpus Christi, TX 78414

Jacinto, Christopher
2142 Modoc Dr.
Harker Heights, TX 76548

Jackson, Jerri K
4465 Pelican Dr
Fallon, NV 89406

Jaeckel, Steven K
3317 S 6290 W
West Valley, UT 84128

Jobe, Tawnya
878 Serenade Street Northwest
Palm Bay, FL 32907

Johnson, Darryl Edward
6981 Fox Drive
Price George, VA 23875

Keeler, Kamryn
1448 Ashboro Cir. SE
Palm Bay, FL 32907

Kelm, Kelsi Josette
2625 Yellow Pine Road
Navarre, FL 32566

King, Chrishey
253 Ligustrum Lane
Apt F102
Merritt Island, FL 32953

King, Crystal Yvette
8 Timberwood Drive
Hilton, NY 14468

Knight, Arleen
15151 Mattawoman Dr
Apt 533
Brandywine, MD 20613

Knight, Taio
5513 Landings Crest
Virginia Beach, VA 23464

Koscielny, Christine
22263 Charthouse Lane
Carrollton, VA 23314

Kubbins, Colleen Marie
22718 Bass Lake Road
Plainfield, IL 60544

Lane, Alexia
505 Judy Ln
Copperas Cove, TX 76522

Larsen, Richard
2674 Dumetz Street
Camarillo, CA 93010

Lazaro-Urcinole, WilmaRana
165 Croatan Lane
New Bern, NC 28562

Lesiege, Dylan Garrett
513 Conservancy Way
apt 301
Chesapeake, VA 23323

Leslie, Dave
315 51 Street
Apt Ph
Brooklyn, NY 11220

Lewis, Byron
4004 Sharpnose Street
New Bern, NC 28562

Lewis, Cody
326 Columbia St
Cohoes, NY 12047

Linscott, Dylan
103 Glenwood Dr
Hubert, NC 28539

Lombardo, Brandi
3613 Mary Ln
Fultondale, AL 35068

Lombardo, Gene
112 Bermuda View
New Bern, NC 28560

Lopez, Alfredo
334 Market Street
Fillmore, CA 93015

LSQ Funding
PO Box 404322
Atlanta, GA 30384

Lucas, Travis
1407 Four Sixes Ranch Road
Salado, TX 76571

Lucidi, Alessio
15460 Sherman Way, Apt. 133
Van Nuys, CA 91406

Lunt, Ronald
824 Leisure Avenue
Johnstown, PA 15904

López Soto, Génesis Giselle
3121 paseo cipres
Toa baja, PR 949

Madray, Barbara
402 Mesquite Circle
Copperas Cove, TX 76522

Magana, Brandon
2601 Marathon Drive
San Diego, CA 92123

Malone, Anna M
12001 West 121st Street
Overland Park, KS 66213

Malone, Christina
2658 Butternut Street
Detroit, MI 48216

Manglay, Regis
6384 Cornst
Las Vegas, NV 89142

Marroquin, Angela
12809 Ibbetson Avenue
Downey, CA 90242

Martin, James
1310 Redondo Drive
Killeen, TX 76541

Martinez, Leticia
4629 Sierra Blanca Blvd
Corpus Christi, TX 78413-4311

MartinezFigueroa, Angel Luis
2638 talladega drive
Orlando, FL 32826

Mastercard WF
POBox 29482

Masterson, James
1907 Caracara Dr
New Bern, NC 28560

Matt, Gregory A
3615 156Th Street Sw
Apt 15
Lynnwood, WA 98087

Mccaig, James
1615 East Avenue
apt 2b
Crete, IL 60417

McNaughton, James M
802 War Eagle Boulevard
Titusville, FL 32796

Meadows, John Clifton
3346 Caratoke Highway
Currituck, NC 27929

Mendiola, Laura Lynette
726 arroyo drive
kingsville, TX 78363

Mendiola, Marlene Sablan
14919 NE 91st ST
VANCOUVER, WA 98682

Metlife
1929 Allen Parkway
Houston, TX 77019

Meurett, Daniel
7061 Gandy Drive
Navarre, FL 32566

Miller, Shamiya Shavonte
901 Goff Street Apt 157
Norfolk, VA 23504

Moon, Aaron
705 Northern Hills Drive
Copperas Cove, TX 76522

Moore, Clifford
116 Snake Dance Drive
Harker Heights, TX 76548

Morales Suero, Juana
3225 Dunnbury Court
Virginia Beach, VA 23453

Morones, Martin l
9554 Mines Ave
Pico Rivera, CA 90660

Mott, Jamie P
2089 Cal-Vernon Rd
Caledonia, MS 39740

Moyer, Randall
548 Newport Loop Rd
Newport, NC 28570

Mujadadi, Mina
36507 Cedar Boulevard
Newark, CA 94560

Munoz, Julie
5100 Coe Ave Spc 111
Seaside, CA 93955

Myers, Jessica
529 East Ragland Avenue
Kingsville, TX 78363

Naab, Gia
5986 Eagle Point
Portsmouth, VA 23703

NC Dept. of Revenue
Office Services Division, Bankruptcy Uni
P.O. Box 1168
Raleigh, NC 27602-1168

Neace, Robert
2572 Locksley Rd
Melbourne, FL 32935

Nguyen, Tansy
6003 Newington Place
Suffolk, VA 23435

Niumaana, Ann
5208 Northeast 78th Avenue
apt 32
Vancouver, WA 98662

Nolan, Lisa M
140 Ferryville Dr
Lake In The Hills, IL 60156

North Carolina Depart. of Commerce
Div of Employment Security
P.O. Box 26504
Raleigh, NC 27611-6504

ONeil, Marcus Decarl
4257 Feather Ridge Drive
Virginia Beach, VA 23456

Pangle, Lyndsie Irene
1105 South McCall Street
Ridgecrest, CA 93555

Parker, Dashawnta
1200 Mississippi Ave SE 308
Washington, DC 20032

Parker, Lynzi
3090 A Privateer Street
Lemoore, CA 93245

Pascual Lamar, Jennifer
4501 Wicklow Place
201
Virginia Beach, VA 23452

Paulsen, Allyn
N14340 20th Ave N
Necedah, WI 54646

Perkins, Kiarra
115 Sacramento Drive
Hampton, VA 23666

Phillips, Jason Jeffrey
1032 N Troost Ave
Olathe, KS 66061

Pickard, William
6112 Nessy Drive
Killeen, TX 76549

Premium Finance Solutions
PO Box 7648
Columbus, MS 39705

Quinones, Valerie
1269 Jester Court
Copperas Cove, TX 76522

Quismundo, Brendt Nider
1011 Hilby Avenue
Apt B
Seaside, CA 93955

R2 Government Services
113 Ridgewood TR

Ramirez, Melva Miriam
317 Outlaw Street
Chesapeake, VA 23320

Ramos, Autumn
2420 Townfield Lane
Virginia Beach, VA 23454

Randolph, Yvonne J
3548 Nansemond Parkway
Suffolk, VA 23435

Ray, Christina
308 Legato Circle Apt 202
Virginia Beach, VA 23462

Redman, Jeremy
2588 Hidden Creek Dr
Navarre, FL 32566

Reed, Frank
556 Pecos Lane
Kempner, TX 76539

Reese-Boone, Teazjah X.
3005 Gateway Drive
Suffolk, VA 23435

Reynolds, James Joseph
3038 Yorktown Circle
Fort Walton Beach, FL 32547

Reynolds, Mae Eden Navarro
1016 Angler Lane
Virginia Beach, VA 23451

Rice, Torry
704 Liberty Hill
Temple, TX 76504

Rich, Rachel
113 Ridgewood Trail
New Bern, NC 28560

Ricker, David
3190 Nob Hill St
Conway, AR 72034

Ricker, Mark D
3190 Nob Hill St
Conway, AR 72034

Ricky Hawkins
190 NC Highway 41 W
Trenton, NC 28585

Riddick, Johnie Albert
6740 Indian Head Hwy
Bryans Road, MD 20616

Ritchie, Stephen Scott
2312 Springdale Lane
Waldorf, MD 20603

Rodne, Jay
12817 West San Miguel Avenue
Litchfield Park, AZ 85340

Rollins, Holly
924 Kinnett Ave
Ridgecrest, CA 93555

Roman, Robin Elizabeth
1620 Fall Meadow Ct
Virginia Beach, VA 23456

Romero, Linda
4320 Cardinal Dr
Fallon, NV 89406

Rudd-Young, Vera Mae
97 Green Clover Dr
Henrietta, NY 14467

Rueter, Katelyn Heather
1360 Fishermans Road
Norfolk, VA 23503

Ruffin, Vivian
10800 Indian Head Highway
111
Fort Washington, MD 20744

Saechao, Kao Seng
31012 Eagle St
Visalia, CA 93291

Samuels, Star
8313 Reed Road
Stony Creek, VA 23882

Sanchez, Jazmin
331 Everest st
Oxnard, CA 93033

SASSCER, ANTHONY
2403 Winchester Dr
Copperas Cove, TX 76522

Satterley, Edward M
312 Commons Ct
New Bern, NC 28560

Sawyer, Karisa Marie
2889 Oriskany Avenue
Unit A
Lemoore, CA 93245

SBA EDIL Loan
409 3rd St, SW.
Washington, DC 20416

Scarry, Timothy Francis
2728 Coldwell Street
Virginia Beach, VA 23456

Schirmacher, Rebecca
7 Johnson Rd
Mechanicville, NY 12118

Scudder, Jasmine
310 Susan Constant Drive
Newport News, VA 23608

Seal, Shelley
Po Box 484
Fallon, NV 89407

Sealy, Cregg A
100 Murville Court
Jacksonville, NC 28546

Secretary of the Treasury
1500 Pennsylvania Ave, NW
Washington, DC 20220

SEGURA, CASEY
4604 Galeforce Court
unit 201
Virginia Beach, VA 23455

Seiler, Diana Colleen
7200 Hampton Boulevard Apt B3
Norfolk, VA 23505

Semerzier, Mackens
1062 Grand Oak Lane
Virginia Beach, VA 23455

Serpa, Gustavo
639 Raft Lane
Oxnard, CA 93035

Shamburger, Leah
2021A Bedford Square
Joint Base Andrews, MD 20762

Shoulders, Kinwanna
4223 I-20 Frontage Rd
Apt H-14
Vicksburg, MS 39183

Simmons, Samantha
1189 Brookridge Trace
Fort Walton Beach, FL 32547

Smith, Charletta
1200 Mississippi Avenue Southe
Washington, DC 20032

Smith, Keon
823 Norman Avenue
Norfolk, VA 23518

Smith, Tyrese
1523 Kentucky St
Unit A
Grand Forks AFB, ND 58204

Snake, Jack
1322 Mark Ave
Tomah, WI 54660

Snider, Jason Raymond
673 Chesser Avenue
Sebastian, FL 32958

Snow, Rodney
2208 Riley Dr
Killeen, TX 76542

Soberanis, Isabel
2234 Angler Lane
Chesapeake, VA 23323

Son, David
4407 Joe Drive
Killeen, TX 76542

Sony Dolder
301 S Front St
Ste 5
New Bern, NC 28560

Sorrell, DeWayne
3213 Deep Crest Drive
Keller, TX 76244

Spartan Capital
1301 NJ-36 Bldg 2
Ste 15
Hazlet, NJ 7730

Steffens, Megan D
816 Minna LN
Chesapeake, VA 23322

Stenson, Robert
4302 Brookside Drive
Killeen, TX 76542

Strategos Consulting
37 Bridgetown Bend
Coronado, CA 92118

Strazzere, Kim Marie
118 Furnari Ave
Johnstown, PA 15905

Tabor, Kevin
1114 North Sneads Ferry Rd
Sneads Ferry, NC 28460

Tafoya, Renee
756 Westeria Lane
Santa Paula, CA 93060

Taylor, Imani
2732 Billings Park Drive
Charlotte, NC 28213

Terlaje, Tyanna Q.
P.O Box 7079 SVRB
As Terlaje Hill
Saipan, 96950

Thomas, Anthony
6105 Newcastle Drive
Killeen, TX 76549

Thompson, Wesley
40024 Glen Ivy St
Murrieta, CA 92563

Thornton, Andrew
1035 Spivey Cir
New Bern, NC 28562

Titan Aircraft Insurance
PO Box 930174
Atlanta, GA 31193

Torres, Artemio
4734 La Puma ct
Camarillo, CA 93012

Torres, Freddie
3003 Seagler Road
Apt# 3416
Houston, TX 77042

Turner, Brittani
109 Spruce Court
Virginia Beach, VA 23452

U.S. Securities & Exchange Comm.
Office of Reorganization
950 East Paces Ferry Rd, Ste 900
Atlanta, GA 30326-1382

United States Attorney
150 Fayetteville St
Suite 2100
Ralegih, NC 27601-1461

United States Attorney General
U.S. Dept of Justice
9500 Pennsylvania Ave NW
Washington, DC 20530-0001

Urcinole, James Vincent
215 BUCKSKIN DR
New Bern, NC 28562

US Small Business Administration
Attn: Managing Agent or Officer
200 W. Santa Ana Blvd, Ste 740
Santa Ana, CA 29701

US Small Business Administration
Attn: Managing Agent or Officer
2 North St, Ste 320
Birmingham, AL 35203

Valles, Osbaldo
6020 Amber Cliff Ln
Fort Worth, TX 76179

Vanherwaarden, James
493 Sara Avenue
Mary Esther, FL 32569

Varias, Angelo Fajardo
2550 Fieldsway Drive
Chesapeake, VA 23320

Vasquez, Alberto
5617 Graphite Drive
Killeen, TX 76542

Vega Collazo, Jorge
Calle 8 # F-3 Santa Catalina
Bayamon, PR 957

Vega Leger, Luis B.
2340 Chera Court
Orlando, FL 32806

Vitellaro, Giovanni
3812 Fillmore St
Saint Louis, MO 63116

Walker, Jazmine
737 Promenade Pl
Apt 208
Virginia Beach, VA 23452

Walker, Karen
1510 Missouri Ave
Killeen, TX 76541

Warren, Ashton Rae
169 Deepwater Drive
Stella, NC 28582

Weist, Peyton Patrick
100 Heverly Drive
Emerald Isle, NC 28594

Wells, Theresa
111 John Allen St
Vicksburg, MS 39180

Wichern, Eric
4410 Stagecoach Rd
killeen, TX 76542

Wieck, Amber
279 Brittlebrush Drive
Portsmouth, VA 23701

Wingo, Crystal
1229 Freehold Close
Virginia Beach, VA 23455

Winn, Carolyn C
1538 A Glen Ave
Wahiawa, HI 96786

Wyant , Robert clair
2364 Citrus DR
NAVARRE, FL 32566

United States Bankruptcy Court
Eastern District of North Carolir

In re: D2 GOVERNMENT SOLUTIONS, INC.

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/11/2025

/s/ Darryl Centanni
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

**United States Bankruptcy Court**

IN RE:                                                                                    Case No._____

D2 GOVERNMENT SOLUTIONS, INC.
_____    Chapter  11
                                                                                          _____

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Darryl Centanni<br>70 W Mirror Ridge Circle, Spring, TX 77382 | | Common stockholder |
| David Ricker<br>3190 Nob Hill St, Conway, AR 72034 | | Common stockholder |